Opinion issued August 11, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00008-CV

———————————

clear lake
country club, l.p.,
Appellant

V.

exxon
land development, inc. and clear lake city civic league and clear lake city
water authority, Appellees



 



 

On Appeal from the 269th District Court 

Harris County, Texas



Trial Court Cause No. 2006-72502

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Sharp and Brown.